%LAO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Leonard Bingham, Jr. | ) Case No: 3:93CR746 |
|  | ) USM No: 41892-060 |
| Date of Previous Judgment: December 14, 2994 | ) FPD NDO |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __262__ months is reduced to __210 as to Count 6__.

**1. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __35__                Amended Offense Level: __33__
Criminal History Category: __V__              Criminal History Category: __V__
Previous Guideline Range: __262__ to __327__ months    Amended Guideline Range: __210__ to __262__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
The term of imprisonment imposed on December 14, 1994 as to Count 12 and Count 13 shall remain in full force and effect.

Except as provided above, all provisions of the judgment dated __12/14/94__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __10/8/08__                      __s/ James G. Carr__
                                              Judge's signature

Effective Date: _____       James G. Carr, Chief Judge
(if different from order date)                Printed name and title